**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual           12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   London Luxury LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   270 North Avenue
   Number    Street

   _____

   New Rochelle         NY    10801
   City                 State  ZIP Code

   Westchester
   County

   **Mailing address, if different**

   127 South Morris Lane
   Number    Street

   _____
   P.O. Box

   Scarsdale            NY    10583
   City                 State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____  _____  _____
   City                    State  ZIP Code

Official Form 205           Involuntary Petition Against a Non-Individual           page 1

Debtor    London Luxury LLC      Case number (*if known*) _____
     *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | |      District _____ Date filed _____ Case number, if known _____ |
| | |      MM / DD / YYYY |
| | |      Debtor _____  Relationship _____ |
| | |      District _____ Date filed _____ Case number, if known _____ |
| | |      MM / DD / YYYY |

**Part 3:**    **Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __London Luxury LLC__  Case number (if known) _____
      Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Bristol Associates, Ltd. | Breach of Contract / Account Stated | $ 3,773,979.16 |
| Nanobionic Technologies Ltd | Judgment for breach of contract | $ 1,945,823.97 |
| Y&S Sales Group LLC | Judgment | $ 285,447.96 |
| | Total of petitioners' claims | $ 6,005,251.09 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Bristol Associates, Ltd.
Name

20 Morris Lane
Number  Street

Scarsdale    NY    10583
City         State  ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/22/2024
MM / DD / YYYY

X _____ (Peter Weintraub, CEO)
Signature of petitioner or representative, including representative's title

**Attorneys**

Jonathan L. Flaxer
Printed name

Golenbock Eiseman Assor Bell & Peskoe LLP
Firm name, if any

711 Third Avenue, 17th Floor
Number  Street

New York      NY     10017
City          State  ZIP Code

Contact phone 212-907-7327  Email jflaxer@golenbock.com

Bar number 362930

State  New York

X _____
Signature of attorney

Date signed 5/2/2024
MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

Debtor  London Luxury LLC
        _Name_

Case number (*if known*) _____

**Name and mailing address of petitioner**

Nanobionic Technologies Ltd.
_Name_

c/o Pardalis & Nohavicka LLP
35-10 Broadway, 2nd Floor
_Number   Street_

Astoria          NY        11106
_City_           _State_    _ZIP Code_

**Name and mailing address of petitioner's representative, if any**

_Name_

_Number   Street_

_City_    _State_   _ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/01/2024
             MM / DD / YYYY

✘ _____/s/_____ George Psipsikas, CEO
Signature of petitioner or representative, including representative's title

Todd B. Sherman
_Printed name_

Pardalis & Nohavicka LLP
_Firm name, if any_

950 Third Avenue, 11th Floor
_Number   Street_

New York        NY        10022
_City_          _State_   _ZIP Code_

Contact phone  (212) 213-8511    Email  todd@pnlawyers.com

Bar number     2608438

State          NY              SDNY: TS 4031

✘ _/s/ Todd M. Sherman_
Signature of attorney

Date signed   5/1/2024
              MM / DD / YYYY

**Name and mailing address of petitioner**

_Name_

_Number   Street_

_City_   _State_   _ZIP Code_

**Name and mailing address of petitioner's representative, if any**

_Name_

_Number   Street_

_City_   _State_   _ZIP Code_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_Printed name_

_Firm name, if any_

_Number   Street_

_City_   _State_   _ZIP Code_

Contact phone  _____  Email  _____

Bar number  _____

State  _____

✘ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

**Debtor** London Luxury LLC
Name

**Case number** (if known) _____

**Name and mailing address of petitioner**
Y&S Sales Group LLC
Name
1044 East 36th St.
Number   Street
Brooklyn                NY        11210
City                    State     ZIP Code

**Name and mailing address of petitioner's representative, if any**
_____
Name
_____
Number   Street
_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 04/30/2024
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: Nicholas J. Damadeo,
Firm name, if any: Nicholas J. Damadeo, P.C.
Number   Street: 27 West Neck Rd.
City: Huntington    State: NY    ZIP Code: 11743
Contact phone: 6312717400    Email: nick@damadeolaw.com
Bar number: 1170513
State: NY

✗ _____
Signature of attorney
Date signed: 04/30/2024
MM / DD / YYYY

---

**Name and mailing address of petitioner**
_____
Name
_____
Number   Street
_____
City       State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
_____
Name
_____
Number   Street
_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number   Street: _____
City       State    ZIP Code
Contact phone: _____   Email: _____
Bar number: _____
State: _____

✗ _____
Signature of attorney
Date signed: _____
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4